# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY QUINN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EDFINANCIAL SERVICES, LLC and NELNET SERVICING, LLC, <br><br> Defendants. | Case No. 8:22-cv-00413-JMG-CRZ |

### PLAINTIFF ANTHONY QUINN'S STATEMENT IN SUPPORT OF MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC, MORGAN & MORGAN COMPLEX LITIGATION GROUP AND STUEVE SIEGEL HANSON LLP'S MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL

Now Comes Plaintiff Anthony Quinn, by and through counsel, and for his statement in support of Milberg Coleman Bryson Phillips Grossman LLC ("Milberg"), Morgan & Morgan Complex Litigation Group ("Morgan & Morgan")and Stueve Siegel Hanson LLP's ("Stueve Siegel Hanson ") Motions for Appointment as Interim Co-Lead Counsel and states as follows:

1. On January 3, 2023, Milberg, Morgan & Morgan and Stueve Siegel Hanson jointly and separately moved to consolidate this, and a number of other, cases and to jointly appoint the three firms as Interim Co-Lead Counsel for the putative classes in these actions.

2. After reviewing the motions and accompanying memorandums and declarations, Plaintiff Anthony Quinn and his counsel wishes to indicate their support for the consolidation of this case and strongly supports the appointment of Gary Klinger of Milberg, John Yanchunis of Morgan & Morgan and Normal Siegel of Stueve Siegel Hanson as Interim Co-Lead Counsel in these actions.

1

3. Specifically, the below signed counsel for Plaintiff believes that Gary Klinger of Milberg, John Yanchunis of Morgan & Morgan and Normal Siegel of Stueve Siegel Hanson and their respective firms will act as strong proponents of the classes and have the resources and experience to serve as Interim Co-Lead Counsel.

4. Milberg, Morgan & Morgan and Stueve Siegel Hanson have worked to seek consensus from all parties in these cases, which will help ensure the speedy and efficient prosecution of this action. The Firms' conferral and cooperation with counsel in the related actions is helping to narrow the initial issues in this case and will allow the parties to move more quickly to the merits of the matter.

Wherefore, for the reasons stated above, Plaintiff Anthony Quinn and his respective counsel wishes to make known their support of Gary Klinger of Milberg, John Yanchunis of Morgan & Morgan and Normal Siegel of Stueve Siegel Hanson, and their respective firms, in their application to consolidate and for appointment as Interim Co-Lead Counsel.

Respectfully Submitted,

By: /s/ *Bryan Paul Thompson*
One of Plaintiff's Attorneys

Bryan Paul Thompson
Robert W. Harrer
CHICAGO CONSUMER LAW CENTER, P.C.
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com
*Counsel for Plaintiff Anthony Quinn*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on Wednesday, January 04, 2023, a copy of this document was filed electronically with the court's CM/ECF System, causing notice to be sent to all parties registered with the system.

By: /s/ *Bryan Paul Thompson*